**FILED**
AUG 28 2009
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAROUD R. MUHAMMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. **09 1643** |
| ) | |
| THE PRESIDENT OF THE ) | |
| CIA IN ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED; it is

FURTHER ORDERED that plaintiff's motion for court-appointed counsel is DENIED; and it is

FURTHER ORDERED the complaint is DISMISSED WITH PREJUDICE as frivolous.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

Date: 8/21/09